UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  
    MARK A BENEDICT  
    KIMBERLY A BENEDICT  
        Debtors

Case No. 05-06655

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2005.

2) The plan was confirmed on 05/20/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/09/2006, 03/22/2007, 01/22/2009.

5) The case was converted on 05/05/2009.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 17,003.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case may not have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

Case 05-06655   Doc 85   Filed 07/08/09   Entered 07/08/09 15:04:52   Desc   Page 2 of 4

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $38,883.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$38,883.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,712.42 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,462.42**

Attorney fees paid and disclosed by debtor:     $950.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS | Unsecured | 692.00 | 767.29 | 767.29 | 189.84 | 0.00 |
| BECKET & LEE LLP | Unsecured | 402.00 | 402.00 | 402.00 | 99.18 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,918.00 | 2,918.74 | 2,918.74 | 722.13 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | NA | 740.50 | 740.50 | 183.21 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 504.00 | 141.20 | 141.20 | 34.83 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 378.00 | 729.16 | 729.16 | 180.40 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 285.00 | 514.36 | 514.36 | 127.26 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 1,607.00 | 1,607.99 | 1,607.99 | 397.83 | 0.00 |
| CITICARDS PRIVATE LABEL | Secured | 500.00 | 500.00 | 500.00 | 500.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Secured | 10,187.32 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES | Unsecured | 7,136.00 | NA | NA | 0.00 | 0.00 |
| CMS | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | NA | 937.89 | 937.89 | 232.04 | 0.00 |
| CONDELL ACUTE CARE | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOP CU | Unsecured | 2,579.00 | 3,058.04 | 3,058.04 | 756.59 | 0.00 |
| CONSUMERS COOP CU | Secured | 897.00 | 897.00 | 897.00 | 897.00 | 119.49 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,075.00 | 2,766.77 | 2,766.77 | 684.53 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 554.00 | 2,439.17 | 2,439.17 | 603.48 | 0.00 |
| FIRST NORTH AMERICAN NATL BAN | Unsecured | 3,027.00 | NA | NA | 0.00 | 0.00 |
| GMAC PAYMENT CENTER | Secured | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 0.00 |
| GMAC PAYMENT CENTER | Unsecured | NA | 2,544.19 | 2,544.19 | 629.46 | 0.00 |
| GOGGINS & LAVINTMAN | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| GOLDS GYM | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 1,067.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,551.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,327.00 | NA | NA | 0.00 | 0.00 |
| J C PENNEY | Unsecured | 1,311.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | Unsecured | 1,056.00 | 1,056.55 | 1,056.55 | 261.40 | 0.00 |
| MORTGAGE ELECTRONIC REG | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | Secured | 4,078.80 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SRV | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| ONYX ACCEPTANCE CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ONYX ACCEPTANCE CORP | Secured | 11,000.00 | 8,117.14 | 8,117.14 | 8,117.14 | 1,163.42 |
| PEOPLES GAS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,984.00 | 3,984.90 | 3,984.90 | 985.90 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 409.00 | 409.68 | 409.68 | 101.08 | 0.00 |
| PROFESSIONAL ACCOUNTS MGMT | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| RCS | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,294.00 | 2,387.29 | 2,387.29 | 590.64 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 4,688.00 | 4,688.57 | 4,688.57 | 1,160.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,329.00 | 2,328.97 | 2,328.97 | 576.21 | 0.00 |
| RICHARD DELLA CROCE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 5,666.00 | 5,666.72 | 5,666.72 | 1,402.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 2,375.00 | 2,362.81 | 2,362.81 | 584.58 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 7,234.00 | 7,208.96 | 7,208.96 | 1,783.57 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 2,511.00 | 2,511.10 | 2,511.10 | 621.27 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 8,649.00 | 8,317.41 | 8,317.41 | 2,057.81 | 0.00 |
| SPIEGEL CHARGE | Unsecured | 4,354.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 181.00 | 181.93 | 181.93 | 44.82 | 0.00 |
| THOMAS E JOLAS | Unsecured | 1,899.00 | NA | NA | 0.00 | 0.00 |
| TIBURON FINANCIAL | Unsecured | 1,369.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Unsecured | 1,466.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY CORP | Unsecured | 3,292.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 725.00 | 725.00 | 725.00 | 179.37 | 0.00 |
| VANDERWEIT CHIRO CENTR | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER WEST | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 2,000.00 | 1,210.36 | 1,210.36 | 299.46 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | NA | 781.92 | 781.92 | 193.45 | 0.00 |
| WELLS FARGO FINANCIAL INC | Secured | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 191.19 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,014.14 | $16,014.14 | $1,282.91 |
| All Other Secured | $2,250.00 | $2,250.00 | $191.19 |
| **TOTAL SECURED:** | **$18,264.14** | **$18,264.14** | **$1,474.10** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$63,389.47** | **$15,682.34** | **$0.00** |

UST Form 101-13-FR-S (4/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,462.42 |
| Disbursements to Creditors | $35,420.58 |
| **TOTAL DISBURSEMENTS** : | **$38,883.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/08/2009        By: /s/ Glenn Stearns
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)